# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HOWARD COHAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. |
| ) | 1:22-cv-00721-SDG |
| SAAJ, LLC ) | |
| A Georgia limited liability company ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT AND MOTION TO STAY SCHEDULING ORDER DEADLINE

NOW COME parties in the above-styled action, by and through their attorneys of record, and file their Notice of Settlement as set out in the Court's Standing Order [doc. 3]. The deadline to submit the Consolidated Pre-Trial Order is currently scheduled to expire on November 27, 2023 pursuant to the Scheduling Order Text dated June 23, 2023. The parties have agreed to a settlement and are exchanging documents. The settlement will not likely be completed by November 27, 2023, however.

Now, therefore, the parties request that the requirements set out in the Scheduling Order including the Consolidated Pre-Trial Order be stayed pending completion of the settlement documents.

This 20th day of November, 2023.

| | |
|---|---|
| */s/ Barry Debrow, Jr.* <br> [signed by E. Howard w/expressed permission] <br> Barry Debrow, Jr. <br> Georgia Bar No. <br> *Attorney for Plaintiff* <br> **Debrow Law, P.C.** <br> Newnan, GA 30263 <br> (678) 381-6871 <br> barry@debrowlaw.com | */s/ Elizabeth G. Howard* <br> Elizabeth G. Howard <br> Georgia Bar No. 100118 <br> *Attorney for Defendant* <br> **BARRICKMAN, ALLRED & YOUNG, LLC** <br> 5775 Glenridge Drive, NE, <br> Suite E-100 <br> Atlanta, GA  30328 <br> (404) 538-1225 |